

**FILED**

02/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422



FILED

FEB 08 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
PATRICK A. CLERKIN

ORDER

Patrick A. Clerkin has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Clerkin's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken within three years preceding the date of the application for admission. Rule VII.A., Rules of Admission.

Clerkin passed the MPRE in 2003 when seeking admission to the practice of law in Texas and again in 2017 when seeking admission to practice in Massachusetts. Clerkin is currently admitted to the State Bars of Texas, New York, New Mexico, Massachusetts, Oregon, Kentucky, Ohio, New Jersey, Tennessee, Pennsylvania, and Oklahoma. The petition states that Clerkin has practiced law "for 19 years without any ethical or disciplinary action in any jurisdiction where licensed or admitted." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Patrick A. Clerkin to waive the three-year test requirement for the MPRE for purposes of Clerkin's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 8 day of February, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices